UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD HAROLD YOUNG,

    Petitioner,

  v.

ELDON VAIL,

    Respondent.

Case No. C10-5857BHS/JRC

ORDER ALLOWING A
LATE TRAVERSE

The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge Rules MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

Before the court is petitioner's motion for an extension of time to file a traverse (ECF No. 12). The motion is granted.

The traverse filed February 14, 2011 will be considered by the court.

Dated this 8th day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1