# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD HAROLD YOUNG

**JUDGMENT IN A CIVIL CASE**

v.

ELDON VAIL

CASE NUMBER: C10-5857BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**; and

This action is **DISMISSED**.

| | |
|---|---|
| May 13, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |